**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 A.J.M.C.,

                              Petitioner,

        -against-                                          26 **CIVIL** 2717 (LAK)

                                                          **JUDGMENT**

KENNETH GENALO, ET AL.,

                              Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 7, 2026, the petition for a writ of habeas corpus (Dkt 1) is

granted; accordingly, the case is closed.

**Dated:** New York, New York

        April 8, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**

                        **BY:**

                                        _____
                                              **Deputy Clerk**